UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA COMMODORE and RAKEEDHA SCARLETT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    - against -<br><br>H&M HENNES & MAURITZ LP,<br><br>            Defendant. | Civil Action No.: 7:22-cv-06247-CS |

**DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE THE FIRST AMENDED COMPLAINT**

Defendant H&M Hennes & Mauritz LP ("H&M"), by its attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves pursuant to Rules 12(b)(1), (b)(6), and (f) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs Chelsea Commodore ("Commodore") and Rakeedha Scarlett's ("Scarlett") (collectively, "Plaintiffs") First Amended Complaint ("FAC") in its entirety.  Each of Plaintiffs' four claims asserted against H&M are insufficiently pled. However, should the Court decline to dismiss any of the claims outright, H&M moves to strike Plaintiffs' request for injunctive relief and nationwide class allegations.

WHEREFORE, for the reasons set forth in this Motion and in the accompanying Memorandum, H&M respectfully requests that the Court dismiss Plaintiffs' claims with prejudice and without further leave to amend or, in the alternative, to strike Plaintiffs' request for injunctive relief and nationwide class allegations.

4860-3722-9905.1

New York, New York
February 21, 2023

**NIXON PEABODY LLP**

By:    */s/ Erin T. Huntington*
    Staci Jennifer Trager (*pro hac vice*)
    300 S. Grand Avenue, Suite 4100
    Los Angeles, CA  90071-3151
    Tel.: (213) 629-6041
    strager@nixonpeabody.com

    Erin T. Huntington
    677 Broadway
    Albany, New York 12207
    Tel.: (518) 427-2650
    ehuntington@nixonpeabody.com

    Carlo F. Bustillos (*pro hac vice* pending)
    One Embarcadero Center, 32nd Floor
    San Francisco, CA 94111
    Tel.: (415) 984-8448
    cbustillos@nixonpeabody.com

    *Attorneys for Defendant H&M Hennes & Mauritz LP*

4860-3722-9905.1