## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHELSEA COMMODORE and RAKEEDHA SCARLETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>H&M HENNES & MAURITZ LP,<br><br>Defendant. | Civil Action No. 7:22-cv-06247-CS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*pro hac vice*)
Neal J. Deckant (NY State Bar No. 5026208)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiffs*

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs Chelsea Commodore and Rakeedha Scarlett hereby dismiss, with prejudice, all claims against Defendant. Each party shall bear their own fees and costs.

Dated: December 13, 2023                Respectfully submitted,

                                        **BURSOR & FISHER, P.A.**

                                        By:____*/s/ Neal J. Deckant*_____

                                        L. Timothy Fisher (*pro hac vice*)
                                        Neal J. Deckant (NY State Bar No. 5026208)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile: (925) 407-2700
                                        Email: ltfisher@bursor.com
                                                 ndeckant@bursor.com

                                        *Attorneys for Plaintiffs*

1